**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Donel Jayaun Johnson, Debtor** **Case No. 21-51185-KMS**
**CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Amended Motion to Modify Plan.

Date: October 14, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Donel Jayaun Johnson, Debtor** **Case No. 21-51185-KMS**
**CHAPTER 13**

# AMENDED MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on November 8, 2021, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor wishes to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).
    a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment date.
3. Debtor's first plan payment after confirmation was due February 8, 2022. Debtor wishes to extend the term of this case to February 8, 2027.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Amended Motion to Modify Plan was forwarded on October 14, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 case trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donel Jayaun Johnson

CASE NO: 21-51185-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/14/2026, I did cause a copy of the following documents, described below,

Notice and Amended Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/14/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donel Jayaun Johnson

CASE NO: 21-51185-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/14/2026, a copy of the following documents, described below,

Notice and Amended Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/14/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

~~EXCLUDE~~

DONEL JAYAUN JOHNSON
11059 LAMEY BRIDGE RD
APT 819
DIBERVILLE, MS 39540

~~THOMAS C. ROLLINS, JR.~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~P.O. BOX 13767~~
~~JACKSON, MS 39236~~

CHASE AUTO FINANCE
900 STEWART AVE
GARDEN CITY, NY 11530

DEBBORA POCK
75 CROSS CREEK PKWY
APT 1808
HATTIESBURG, MS 39402

DEPARTMENT OF MANAGEME
P.O. BOX 5609
GREENVILLE, TX 75403

FIRST HERITAGE CREDIT
11516 LAMEY BRIDGE
DIBERVILLE, MS 39540

GENESIS FS CARD
PO BOX 4499
BEAVERTON, OR 97076

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST STE 4.430
JACKSON, MS 39201

KEONA MCDONALD
2749 OAK GROVE RD
LOT 179
HATTIESBURG, MS 39402

LATOYA LEWIS
2000 DEER ST
OCEAN SPRINGS, MS 39564

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

NAVY FEDERAL
PO BOX 3500
MERRIFIELD, VA 22119

NAVY FEDERAL CREDIT UN
P.O. BOX 3100
MERRIFIELD, VA 22119

SELF / LEAD
515 CONGRESS AVENUE
AUSTIN, TX 78723

SELFINC/LEAD
515 CONGRESS AVENUE
AUSTIN, TX 78723

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530

USAA
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288

USAA
P.O. BOX 14050
LAS VEGAS, NV 89114