United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-51185-KMS
Donel Jayaun Johnson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 1
Date Rcvd: Nov 12, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donel Jayaun Johnson, 11059 Lamey Bridge Rd, Apt 819, Diberville, MS 39540-2758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Donel Jayaun Johnson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Donel Jayaun Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **DONEL JAYAUN JOHNSON** | **CASE NO.: 21-51185-KMS** |

**AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR NON-PAYMENT (DKT. 42)**

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss for Non-Payment and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion is denied with the Debtor(s) default being addressed through selection of and compliance with the following option:

[ ] Debtor(s) existing default shall be abated, and the Debtor(s) shall resume payments to the Trustee effective with the plan payment due before noon on October 30th, 2026, in the amount of $ .

[X] Debtor has filed a Notice and Motion to Modify Plan. Debtor shall resume payments in the modified amount before noon on November 30th, 2026.

All options in this Agreed Order require the Debtor to resume the plan payment by a certain date. **Failure to resume by the specified date will result in the case being dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court**. Should the Debtor resume the initial payment but default in future plan payments, Debtor shall have thirty (30) days from the date of any arising default to cure the default, failing which the case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.

**##END OF ORDER##**

Submitted by:

/s/ Warren A. Cuntz, Jr., Trustee
**Warren A. Cuntz, Jr., Trustee**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531

Approved by:

/s/ Thomas Carl Rollins, Jr., Esq. w/permission
**Thomas Carl Rollins, Jr., Esq.**
**Atty for the Debtor, MSB #103469**
P O Box 13767
Jackson, MS 39236
Tel: (601)500-5533